UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RAJ K. PATEL,                              )
                                           )
                 Plaintiff,                )
                                           )
         v.                                )    No. 1:26-cv-00791-JRO-KMB
                                           )
KASH P. PATEL, et al.,                     )
                                           )
                 Defendants.               )

**ORDER**

Plaintiff Raj K. Patel is restricted from filing new civil actions in this court. *See In re: Patel*, 1:22-mc-00024-JRS, dkt. 1 (March 28, 2022). His repeated frivolous filings have also resulted in the Seventh Circuit issuing an order banning Mr. Patel from filing any papers in any court in the Circuit until he pays a $500 fine or successfully moves to have the filing ban lifted. *Patel v. Doe*, No. 23-1322 (7th Cir. March 27, 2023).

Mr. Patel filed this action in the District of New Jersey, and it was transferred here. However, Mr. Patel's multiple filing restrictions remain in effect, rendering him unable to pursue this litigation in this Court or in any court in the Seventh Circuit. Therefore, **the clerk is directed** to close this action on the docket.

Pursuant to the restriction order, future filings by Mr. Patel bearing this case number shall be docketed as "submissions" in miscellaneous case number 1:22-mc-00024-JRS.

**SO ORDERED.**

Date:  4/23/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

RAJ K. PATEL
501 North Capitol Avenue
Apt. 4126A
Indianapolis, IN 46204